IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALLISON KATE CHAPMAN,

        Plaintiff,　　　　　　　　　　　　　　　Civ. No. 6:23-cv-907-MK

    v.　　　　　　　　　　　　　　　　　　　ORDER

STATE OF OREGON, CITY OF COOS
BAY, OREGON,

        Defendants.
_____

MCSHANE, Judge:

    Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation, (ECF No. 53), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Defendants filed objections. ECF No. 72. Accordingly, the Court reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 53) is ADOPTED. The State of Oregon's Motion to Dismiss (ECF No. 47) is GRANTED. Plaintiff's claims against the State of Oregon are DISMISSED, with prejudice.

IT IS SO ORDERED.

    DATED this 11th day of September, 2024.

                                           s/ Michael J. McShane
                                           MICHAEL J. MCSHANE
                                           United States District Judge

1 –ORDER