IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALISON KATE CHAPMAN,                   Civ. No. 6:23-cv-907-MK
                                                                          ORDER

        Plaintiff,

v.

CITY OF COOS BAY, OREGON, et al.,

        Defendants.

_____

MCSHANE, Judge:

Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#94), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, the Court reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#94) is adopted. Plaintiff's Motion for Summary Judgment (#81) is DENIED.

IT IS SO ORDERED.

DATED this 22nd of October, 2024.

                                                             _____/s/ Michael J. McShane_____
                                                                            Michael McShane
                                                                 United States District Judge